JONES DAY
Richard H. Engman
Scott J. Friedman
Ross S. Barr
Lauren M. Buonome
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Proposed Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re : Chapter 11
:
556 Holding LLC, et al.,[1] : Case No. 10-14267 (ALG)
:
Debtors : (Jointly Administered)
:
---------------------------------------------------------------x

## NOTICE OF PENDENCY OF ACTION

NOTICE IS HEREBY GIVEN that a contested matter has been commenced and is now pending in the United States Bankruptcy Court for the Southern District of New York (the "Court") upon the motion (the "Motion") by the above-captioned debtors (collectively, the "Debtors") seeking to sell the land, building and certain other property and interests located at 556 West 22nd Street, New York, New York (collectively, the "Property").  By the Motion, the Debtor 556 Holding LLC ("556 Holding") is seeking (a) to sell and convey the Property free and clear of all liens, claims and encumbrances and (b) a finding by this Court that 556 Holding is the fee owner of the Property notwithstanding the recording of a deed in lieu of foreclosure (the

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): 556 Holding LLC (3732) and KDMJ Realty, Inc. (4578).  The address of the Debtors is 556 West 22nd Street, New York, NY 10011.

"Deed in Lieu") by West 22nd Street Owner LLC ("West 22nd") on or about October 13, 2010. The CRFN for the Died in Lieu is 2010000343750 and the document ID for the Deed in Lieu is 2010101301021001.

The Property affected by this action is situated entirely within the County of New York and is bounded and described as follows:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the southerly side of 22nd Street with the easterly side of 11th Avenue as said easterly side of 11th Avenue is shown on the State of New York Appropriation Map recorded in Reel 2836 page 631 and as described in the Notice of Appropriation recorded in Reel 2836 page 628; and

RUNNING THENCE easterly along the southerly side of West 22nd Street, 100 feet;

THENCE southerly and parallel with the said easterly side of 11th Avenue, 98 feet 8 inches to the center line of the block;

THENCE westerly parallel with the southerly side of West 22nd Street and along the center line of the block, 95 feet 3 inches to the said side of 11th Avenue;

THENCE northwesterly along the said easterly side of 11th Avenue, the following two (2) courses and distances:

(1) On a line forming an angle on its northerly side with the preceding course of 110 degrees 27 minutes 29 seconds, a distance of 13.59 feet; and

(2) On a line forming an angle on its easterly side with the preceding course of 159 degrees 32 minutes 31 seconds, a distance of 86.07 feet to the corner aforesaid, the point of BEGINNING.

Dated: October 15, 2010

JONES DAY

 /s/ Richard H. Engman
Richard H. Engman
Scott J. Friedman
Ross S. Barr
Lauren M. Buonome
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Proposed Attorneys for Debtors

TO THE CLERK OF THE COUNTY OF NEW YORK

Please index the within notice to the names of each of the following parties:

556 Holding LLC
West 22nd Street Owner LLC

The number of each block on the land map of the county which is affected hereby is:

Block 693
Lot 64

Dated: October 15, 2010

JONES DAY

 /s/ Richard H. Engman
Richard H. Engman
Scott J. Friedman
Ross S. Barr
Lauren M. Buonome
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Proposed Attorneys for Debtors