JONES DAY
Richard H. Engman
Scott J. Friedman
Ross S. Barr
Lauren M. Buonome
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Proposed Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11
: 
556 Holding LLC, *et al.*, : Case No. 10-14267 (ALG)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x

NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 15th day of October, 2010, the undersigned counsel caused a copy of the (I) First Set of Requests for Production of Documents, Propounded by the Debtors to West 22nd Street Properties LLC; and (II) Debtors' Notice of Taking Deposition of West 22nd Street Properties LLC Pursuant to Fed. R. Civ. P. 30(b)(6) to be served via electronic mail and first class mail on counsel of record as follows:

    Jeffrey L. Cohen, Esq.
    Cathy Hershcopf, Esq.
    Richelle Kalnit, Esq.
    COOLEY LLP
    1114 Avenue of the Americas
    New York, NY 10036
    jcohen@cooley.com
    chershcopf@cooley.com
    rkalnit@cooley.com

Counsel for West 22nd Street Properties, LLC

Dated: October 15, 2010
      New York, New York

                                  Respectfully submitted,

                                  /s/ Richard H. Engman
                                JONES DAY
                                Richard H. Engman
                                Scott J. Friedman
                                Ross S. Barr
                                222 East 41st Street
                                New York, New York  10017
                                Telephone:  (212) 326-3939
                                Facsimile:  (212) 755-7306